IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA, | ) | Case №: 2:21-mj-00035-DB |
| v. | ) ) ) | **O R D E R<br>APPOINTING COUNSEL** |
| Eric Brooks | ) ) ) ) ) | |

    The above named defendant has satisfied this Court that he/she is financially unable to obtain counsel and wishes counsel be appointed to represent him/her for a limited consultation. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

    IT IS HEREBY ORDERED Michael Hansen is appointed to represent the above defendant in this case effective *nunc pro tunc* to March 2, 2021, the date he began helping the client.

    This appointment shall remain in effect until further order of this court.

DATED:  4/9/2021

                                                  ___/s/ Carolyn K. Delaney_____<br>
                                                  HON. CAROLYN K. DELANEY<br>
                                                  United States Magistrate Judge