1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   2:21-MJ-00035-DB
                                     )
12              Plaintiff,           )   STIPULATION AND ORDER
                                     )   CONTINUING PRELIMINARY
13       v.                          )   HEARING DATE
                                     )
14  ERIC BROOKS,                     )
                                     )   Judge: Hon. Jeremy D. Peterson
15              Defendant.           )
                                     )
16                                   )
                                     )
17  _____ )

18                        **STIPULATION**

19       The United States, by and through its undersigned counsel, and the defendant, by

20  and through his counsel of record, hereby stipulate as follows:

21       1. By prior order, this matter was set for Preliminary Hearing on October 25, 2022.

22       2. By this Stipulation, the parties now move to continue the Preliminary Hearing until

23          November 3, 2022, at 11:00 a.m.

24       3. The defendant made his initial appearance on October 11, 2022.

25       4. The defendant is presently in custody.

26       5. The parties have discussed potential pre-indictment resolution of this matter.  The

27          parties need further time to discuss this matter, discuss any potential

28  ///

consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

6. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including November 3, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

7. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**


DATED: October 21, 2022          /s/ Justin L. Lee
                                JUSTIN L. LEE
                                Assistant U.S. Attorney

DATED: October 21, 2022          /s/ Michael Hansen
                                MICHAEL HANSEN
                                Attorney for Eric Brooks
                                (as authorized on April 19, 2022)


## ORDER

IT IS SO FOUND AND ORDERED, this 21 day of October, 2022.



Hon. JEREMY D. PETERSON
United States Magistrate Judge