PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00224-JAM |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | DATE: July 11, 2023 |
| ERIC BROOKS, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 11, 2023.

2.      By this stipulation, the defendant now moves to continue the status conference until **October 31, 2023, at 09:00 a.m.**, and to exclude time between July 11, 2023, and October 31, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and cellular telephone extractions. All of this discovery has been either produced directly to counsel and/or

1    made available for inspection and copying.

2         b)      Counsel for the defendant desires additional time consult with his

3    client, review the current charges, conduct defense investigation, review the

4    discovery, and otherwise prepare for trial.

5         c)      Counsel for the defendant believes that failure to grant the above-

6    requested continuance would deny him the reasonable time necessary for effective

7    preparation, taking into account the exercise of due diligence.

8         d)      The government does not object to the continuance.

9         e)      Based on the above-stated findings, the ends of justice served by

10    continuing the case as requested outweigh the interest of the public and the

11    defendant in a trial within the original date prescribed by the Speedy Trial Act.

12         f)      For the purpose of computing time under the Speedy Trial Act, 18

13    U.S.C. § 3161, et seq., within which trial must commence, the time period of July

14    11, 2023, to October 31, 2023, inclusive, is deemed excludable pursuant to 18

15    U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance

16    granted by the Court at the request of the defendant on the basis of the Court's

17    finding that the ends of justice served by taking such action outweigh the best

18    interest of the public and the defendant in a speedy trial.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  June 28, 2023                          PHILLIP A. TALBERT
                                               United States Attorney

                                               /s/ JUSTIN L. LEE
                                               JUSTIN L. LEE
                                               Assistant United States Attorney

Dated:  June 28, 2023                          /s/ MICHAEL HANSEN
                                               MICHAEL HANSEN
                                               Counsel for Defendant
                                               ERIC BROOKS


# ORDER

**IT IS SO ORDERED**.


Dated: June 28, 2023          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE