PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-cr-00224-JAM |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| ERIC BROOKS, | DATE: September 28, 2023 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on September 28, 2023.

2.    By this stipulation, defendant now moves to continue the status conference until **June 18, 2024, at 09:00 a.m.**, and to exclude time between September 28, 2023, and June 18, 2024, at 09:00 a.m., under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and cellular telephone extractions.  All of this discovery has been either produced directly to counsel and/or

1   made available for inspection and copying.

2       b)   Counsel for the defendant desires additional time to consult with his

3   client, review the current charges, conduct defense investigation, review the

4   discovery, and otherwise prepare for trial.

5       c)   In addition, the United States has conveyed a proposed plea agreement

6   to the defendant.  The defendant seeks additional time to review the proposed plea

7   agreement and prepare a response to the United States.

8       d)   Counsel for defendant believes that failure to grant the above-

9   requested continuance would deny him the reasonable time necessary for effective

10  preparation, taking into account the exercise of due diligence.

11      e)   The government does not object to the continuance.

12      f)   Based on the above-stated findings, the ends of justice served by

13  continuing the case as requested outweigh the interest of the public and the

14  defendant in a trial within the original date prescribed by the Speedy Trial Act.

15      g)   For the purpose of computing time under the Speedy Trial Act, 18

16  U.S.C. § 3161, et seq., within which trial must commence, the time period of

17  September 28, 2023 to June 18, 2024, at 09:00 a.m., inclusive, is deemed excludable

18  pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a

19  continuance granted by the Court at defendant's request on the basis of the Court's

20  finding that the ends of justice served by taking such action outweigh the best

21  interest of the public and the defendant in a speedy trial.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

UNITED STATES V. BROOKS

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2 provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3 the period within which a trial must commence.

4        IT IS SO STIPULATED.

5

6

7  Dated:  April 17, 2024                    PHILLIP A. TALBERT
                                             United States Attorney

8
                                             /s/ JUSTIN L. LEE
9                                            JUSTIN L. LEE
                                             Assistant United States Attorney
10

11
   Dated:  April 17, 2024                    /s/ MICHAEL HANSEN
12                                           MICHAEL HANSEN
                                             Counsel for Defendant
13                                           ERIC BROOKS

14

15

16                              **ORDER**

17

18

19  Dated: April 17, 2024                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
20                                           SENIOR UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28