PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC BROOKS,<br><br>Defendant. | CASE NO. 2:22-cr-00224-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: July 9, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 9, 2024.

2. By this stipulation, defendant now moves to continue the status conference until **July 30, 2024, at 09:00 a.m.**, and to exclude time between July 9, 2024, and July 30, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and cellular telephone extractions. All of this discovery has been either produced directly to counsel and/or

made available for inspection and copying.

b)     Counsel for the defendant desires additional time to consult with his client, review the current charges, conduct defense investigation, review the discovery, and otherwise prepare for trial.

c)     In addition, the United States has conveyed a proposed plea agreement to the defendant. The defendant seeks additional time to review the proposed plea agreement and prepare a response to the United States.

d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)     The government does not object to the continuance.

f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 9, 2024 to July 30, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  July 2, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated:  July 2, 2024 | /s/ MICHAEL HANSEN<br>MICHAEL HANSEN<br>Counsel for Defendant<br>ERIC BROOKS |

**ORDER**

IT IS SO ORDERED.

| | |
|---|---|
| Dated: July 02, 2024 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>SENIOR UNITED STATES DISTRICT JUDGE |