PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ERIC BROOKS,<br><br>          Defendant. | CASE NO. 2:22-cr-00224-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: July 30, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 30, 2024.

2. By this stipulation, defendant now moves to continue the status conference until **August 20, 2024, at 09:00 a.m.**, and to exclude time between July 30, 2024, and August 20, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and cellular telephone extractions. All of this discovery has been either produced directly to counsel and/or

1  made available for inspection and copying.

2      b) Counsel for the defendant desires additional time to consult with his
3  client, review the current charges, conduct defense investigation, review the
4  discovery, and otherwise prepare for trial.

5      c) In addition, the United States has conveyed a proposed plea agreement
6  to the defendant. The defendant seeks additional time to review the proposed plea
7  agreement and prepare a response to the United States.

8      d) Counsel for defendant believes that failure to grant the above-
9  requested continuance would deny him the reasonable time necessary for effective
10 preparation, taking into account the exercise of due diligence.

11     e) The government does not object to the continuance.

12     f) Based on the above-stated findings, the ends of justice served by
13 continuing the case as requested outweigh the interest of the public and the
14 defendant in a trial within the original date prescribed by the Speedy Trial Act.

15     g) For the purpose of computing time under the Speedy Trial Act, 18
16 U.S.C. § 3161, et seq., within which trial must commence, the time period of July
17 30, 2024 to August 20, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§
18 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted
19 by the Court at defendant's request on the basis of the Court's finding that the ends
20 of justice served by taking such action outweigh the best interest of the public and
21 the defendant in a speedy trial.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 23, 2024
PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: July 23, 2024
/s/ MICHAEL HANSEN
MICHAEL HANSEN
Counsel for Defendant
ERIC BROOKS

**ORDER**

IT IS SO ORDERED.

Dated: July 23, 2024
/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE