1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711

4  Attorney for Defendant
   ERIC BROOKS

5

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8            **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9  UNITED STATES OF AMERICA,          )  Case No.: 2:22-cr-00224-JAM
                                      )
10                     Plaintiff,     )  **FIRST STIPULATION AND ORDER**
                                      )  **TO CONTINUE SENTENCING**
11        vs.                         )  **HEARING**
                                      )
12  ERIC BROOKS,                      )
                                      )
13                     Defendant.     )
                                      )
14  _____  )

15        IT IS HEREBY STIPULATED by and between the parties hereto through their

16  respective counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff, and

17  Michael E. Hansen, attorney for defendant ERIC BROOKS, that the previously scheduled

18  judgment and sentencing date of November 4, 2025, be vacated and the matter set for judgment

19  and sentencing on January 6, 2026, at 9:00 a.m.

20        This continuance is requested because defense counsel needs time to gather parole and

21  medical records and prepare objections.  The Government and Probation concur with this

22  request.

23        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

24        The parties stipulate to the following schedule:

25        Sentencing Date:           January 6, 2026

26        Sentencing Memorandum:     December 30, 2025

27        Formal Objections:         December 23, 2025

28

**1**
First Stipulation and Order to Continue Sentencing

| | | |
|---|---|---|
| 1 | Final PSR: | December 16, 2025 |
| 2 | Informal Objections: | December 9, 2025 |

IT IS SO STIPULATED.

Dated: October 12, 2025                              Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
ERIC BROOKS

Dated: October 12, 2025                              ERIC GRANT
United States Attorney

By:  /s/ Michael E. Hansen for
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The November 04, 2025 Judgment and Sentencing is **VACATED** and **RESET** for **January 06, 2026, at 9:00 a.m.**

IT IS SO ORDERED.


Dated:  October 13, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

First Stipulation and Order to Continue Sentencing