Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
ERIC BROOKS

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:22-cr-00224-JAM |
|---|---|
| Plaintiff, | ) **SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING AND FILING DATES** |
| vs. | ) |
| ERIC BROOKS, | ) COURT: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant ERIC BROOKS, that the previously scheduled judgment and sentencing date of January 6, 2026, be vacated and the matter set for judgment and sentencing on March 24, 2026, at 9:00 a.m.

This continuance is requested because defense counsel needs time to gather parole records and prepare objections. Also, the government is in the process of obtaining and disclosing additional discovery. The Government and Probation concur with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

The parties stipulate to the following schedule:

/////
/////
/////

**1**

**Second Stipulation and Order to Continue Sentencing**

| | | |
|---|---|---|
| Sentencing Date: | March 24, 2026 | |
| Sentencing Memorandum: | **March 17, 2026** | |
| Formal Objections: | **March 10, 2026** | |
| Final PSR: | **March 03, 2026** | |
| Informal Objections: | **February 24, 2026** | |

The Draft PSR has already been disclosed.

Dated: December 10, 2025           /s/ Michael E. Hansen for
                                                          ERIC BROOKS
                                                          Defendant

Dated: December 10, 2025           ERIC GRANT
                                                          United States Attorney

                                                          By: /s/ Michael E. Hansen for JUSTIN LEE
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the entirety as its order.

It is FURTHER ORDERED that the sentencing date of January 06, 2026, is **VACATED** and **RESET** for **March 24, 2026, at 9:00 a.m.** The Court **APPROVES** the schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:  December 12, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**Second Stipulation and Order to Continue Sentencing**