Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
ERIC BROOKS

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00224-JAM |
| Plaintiff, | **THIRD STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |
| vs. | |
| ERIC BROOKS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant ERIC BROOKS, that the previously scheduled judgment and sentencing date of March 24, 2026, be vacated and the matter set for judgment and sentencing on June 16, 2026, at 9:00 a.m.

This continuance is requested because defense counsel needs time to gather additional discovery and prepare objections. Also, the government is in the process of obtaining and disclosing additional discovery. The Government and Probation concur with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

The parties stipulate to the following schedule:

/////
/////
/////

**1**

Stipulation and Order to Continue Sentencing Hearing

Sentencing Date:           June 16, 2026

Sentencing Memorandum:    **June 09, 2026**

Formal Objections:        **June 02, 2026**

Final PSR:                **May 26, 2026**

Informal Objections:      **May 19, 2026**

The Draft PSR has already been disclosed.

Dated: February 24, 2026              /s/ Michael E. Hansen for
                                      ERIC BROOKS
                                      Defendant

Dated: December 10, 2025              ERIC GRANT
                                      United States Attorney

                                      By: /s/ Michael E. Hansen for JUSTIN LEE
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## ORDER

Based on the stipulation of the parties, the Court hereby **CONTINUES** the March 24, 2026 judgment and sentencing to **June 16, 2026, at 9:00 a.m.**, before the undersigned. The Court **APPROVES** the schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: February 24, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2

Stipulation and Order to Continue Sentencing Hearing