Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
ERIC BROOKS

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:22-cr-00224-JAM |
| Plaintiff, | ) |
| | ) **FOURTH STIPULATION AND ORDER** |
| | ) **TO CONTINUE SENTENCING** |
| vs. | ) **HEARING AND MODIFY** |
| | ) **PRESENTENCE SCHEDULE** |
| ERIC BROOKS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant ERIC BROOKS, that the previously scheduled judgment and sentencing date of June 16, 2026, be vacated and the matter set for judgment and sentencing on August 11, 2026, at 9:00 a.m.

This continuance is requested because defense counsel needs time to gather additional discovery and prepare objections.  Also, the government is in the process of obtaining and disclosing additional discovery.  The Government and Probation concur with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

The parties stipulate to the following schedule:

/////
/////
/////

**1**

Stipulation and Order to Continue Sentencing

Sentencing Date:          August 11, 2026

Sentencing Memorandum:    **August 4, 2026**

Formal Objections:        **July 28, 2026**

Final PSR:                **July 21 2026**

Informal Objections:      **July 14, 2026**


The Draft PSR has already been disclosed.


Dated: May 2,6 2026                    /s/ Michael E. Hansen for
                                       ERIC BROOKS
                                       Defendant


Dated: May 26, 2026                    ERIC GRANT
                                       United States Attorney

                                       By: /s/ Michael E. Hansen for JUSTIN LEE
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


## ORDER

Based on the stipulation of the parties, the June 16, 2026 judgment and sentencing is **CONTINUED** to **August 11, 2026, at 9:00 a.m.**, in Courtroom 6, before Senior District Judge John A. Mendez.

The schedule set forth in the parties' stipulation is hereby **APPROVED**.

IT IS SO ORDERED.

Dated: May 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**2**

Stipulation and Order to Continue Sentencing