Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
ERIC BROOKS

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ERIC BROOKS,<br>Defendant. | Case No.: 2:22-cr-00224-JAM<br><br>**FIFTH STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant ERIC BROOKS, that the previously scheduled judgment and sentencing date of August 11, 2026, be vacated and the matter set for judgment and sentencing on November 3, 2026, at 9:00 a.m.

This continuance is requested because defense counsel needs time to gather additional discovery and prepare objections. CDCR records and additional video of the event are being sought. Also, the government is in the process of obtaining and disclosing additional discovery. The Government and Probation concur with this request. It is anticipated that this request to continue the hearing will be the last by the defense.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

The parties stipulate to the following schedule:

| | |
|---|---|
| Sentencing Date: | November 3, 2026 |
| Sentencing Memorandum: | **October 27, 2026** |
| Formal Objections: | **October 20, 2026** |
| Final PSR: | **October 13, 2026** |
| Informal Objections: | **October 07, 2026** |

The Draft PSR has already been disclosed.

Dated: July 17, 2026

/s/ Michael E. Hansen for
ERIC BROOKS
Defendant

Dated: July 17, 2026

ERIC GRANT
United States Attorney

By: /s/ Michael E. Hansen for JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Based on the fifth stipulation of the parties, the August 11, 2026 judgment and sentencing is **CONTINUED** to **November 03, 2026, at 9:00 a.m.**, before Senior District Judge John A. Mendez. The schedule set forth in the parties' stipulation is **APPROVED**.

**IT IS SO ORDERED**.

Dated: July 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE