Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
ERIC BROOKS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC BROOKS,<br>Defendant. | Case No.: 2:22-cr-00224-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS RE JUDGMENT AND SENTENCING FROM DECEMBER 01, 2026, TO APRIL 20, 2027** |

The parties, defendant Eric Brooks through his court-appointed counsel, and the government through its counsel, hereby stipulate to and request that the Status re Judgement and Sentencing currently set for December 1, 2026 be continued to April 20, 2027.

In this case, Mr. Brooks made his initial appearance on October 11, 2022, and then was indicted on November 3, 2022 for three counts of assault on a federal officer, one count of fleeing, and two drug related offenses. On July 15, 2025, he pleaded guilty pursuant to a plea agreement to the three assault counts. Probation filed the Draft PSR in November of 2025. On September 22, 2026, the court granted defendant's request for new counsel. On October 6, 2026 The Court appointed attorney Etan Zaitsu to represent Mr. Brooks. The parties then set a status hearing on December 1, 2026.

Counsel for the defendant now seeks additional time to review the case files, research the law and meet with Mr, Brooks who is incarcerated at the Colusa County Jail. The government is not opposed.

SO STIPULATED

Respectfully submitted,

Dated: November 19, 2026

s/ETAN ZAITSU
ETAN ZAITSU
Attorney for the Defendant
ERIC BROOKS

Dated: November 19, 2026

ERIC GRANT
United States Attorney

/s/ JUSTIN LEE
JUSTIN LEE
Assistant United States Attorney

**ORDER**

For the reasons stated by the parties in the above stipulation, and good cause showing, the **Status re Judgement and Sentencing** scheduled on December 01, 2026, is hereby **CONTINUED** to **April 20, 2027, at 9:00 a.m.,** before Senior United States District Judge John A. Mendez. **No further extensions will be granted absent good cause shown.**

IT IS SO ORDERED.

Dated: November 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE